**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

The Prudential Insurance Company
of America,

v.                                              Civil No. 09-CV-00136-JM

Gary M. Dion and Richard H. Wright,
Defendants

**ORDER**

The defendants in this interpleader action have reached an
agreement regarding the disbursement of life insurance proceeds.
Plaintiff, The Prudential Insurance Company of America, has
previously been dismissed from the action.

The stipulation and settlement agreement between the
defendants is approved.  The proceeds of the two insurance
policies, deposited with the court, will be distributed in the
following manner:

a.  The amount deposited with respect to the Group Life
Insurance, totaling $108,882.14, together with interest, shall be
distributed to Gary M. Dion, representing exactly one-half (½) of
the total proceeds:

b.  The Accidental Death Benefit, totaling $108,882.14,
together with interest, shall be distributed to Richard H.
Wright, representing exactly one-half (½) of the total proceeds.

The Clerk is directed to enter judgment dismissing this case with prejudice. The docket shall be marked "neither party, no costs, no further action for the same cause."

Justo Arenas
United States Magistrate Judge

Date: July 9, 2009

cc: Carl D. Hanson, Esq.
Friedrich Kreutzer Moeckel, Esq.